# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schopler, Andrew G. | US District Court, Southern District of California | 05/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge, Full-Time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

US District Court, Southern District of California
221 W Broadway
San Diego, CA 92101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member, Board of Governors | Association of Business Trial Lawyers of San Diego |
| 2. | Master | Enright Inn of Court |
| 3. | Trustee | Trust #1 (reportable assets are listed in Part VII) |
| 4. | Major | California Army National Guard |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | California State Military Department | $5,211.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Fairmont Schools (Salary) |
| 2. 2020 | San Diego Children's Choir (Salary) |
| 3. 2020 | Self-employed (piano teacher) |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. INDIVIDUAL ASSETS (H) | | | | | | | | | |
| 2. Capital One (cash) | A | Interest | K | T | | | | | |
| 3. Bank of America (cash) (X) | A | Interest | K | T | | | | | |
| 4. Commonwealth Bank (cash) (X) | A | Interest | K | T | | | | | |
| 5. Westpac Bank (cash) (X) | A | Interest | M | T | | | | | |
| 6. ACCOUNT #1 (H) | | | | | | | | | |
| 7. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | K | T | Buy (add'l) | 10/22/20 | J | | |
| 8. Vanguard Total Bond Mrket Index Fund Admiral Shares (VBTLX) | A | Dividend | K | T | Sold (part) | 10/22/20 | J | | |
| 9. ACCOUNT #2 (H) | | | | | | | | | |
| 10. Vanguard Real Estate Index Admiral (VGSLX) | A | Dividend | K | T | Buy (add'l) | 10/22/20 | J | | |
| 11. Vanguard Small-Cap Value Index Fund Admiral Shares (VSIAX) | A | Dividend | K | T | | | | | |
| 12. Vanguard Total Bond Market Index Fund Admiral Shares (VBTLX) | A | Dividend | K | T | Sold (part) | 10/22/20 | J | | |
| 13. ACCOUNT #3 (H) | | | | | | | | | |
| 14. Vanguard Real Estate Index Admiral (VGSLX) | B | Dividend | L | T | Buy (add'l) | 10/22/20 | J | | |
| 15. ACCOUNT #4 (H) | | | | | | | | | |
| 16. Vanguard Total Bond Market Index Fund Admiral Shares (VBTLX) | B | Dividend | L | T | Sold (part) | 10/22/20 | J | | |
| 17. ACCOUNT #5 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Sel TRP/LS Blue Chip Growth (X) | None | | K | T | | | | | |
| 19. ACCOUNT #6 (H) | | | | | | | | | |
| 20. Vanguard Emerging Markets Stock Index Fund Admiral Share (VEMAX) | A | Dividend | K | T | | | | | |
| 21. Vanguard European Stock Index Fund Admiral Shares (VEUSX) | A | Dividend | K | T | | | | | |
| 22. Vanguard Pacific Stock Index Fund Admiral Shares (VPADX) | A | Dividend | K | T | | | | | |
| 23. Vanguard Total Stock Market Index Fund Admiral Shares (VTSAX) | D | Dividend | O | T | Sold (part) | 10/22/20 | J | | |
| 24. | | | | | Sold (part) | 11/12/20 | J | | |
| 25. | | | | | Sold (part) | 11/16/20 | J | | |
| 26. Activision Blizzard Inc (ATVI) | A | Dividend | K | T | Buy (add'l) | 03/27/20 | J | | |
| 27. | | | | | Buy (add'l) | 10/22/20 | J | | |
| 28. Alphabet Inc Cl C (GOOG) | None | | J | T | | | | | |
| 29. Amazon Com Inc (AMZN) | None | | M | T | Buy (add'l) | 01/27/20 | J | | |
| 30. | | | | | Buy (add'l) | 02/14/20 | J | | |
| 31. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 32. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 33. | | | | | Buy (add'l) | 05/21/20 | J | | |
| 34. | | | | | Buy (add'l) | 10/22/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schopler, Andrew G. | 05/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Apple Inc (AAPL) | A | Dividend | M | T | | | | | |
| 36. Berkshire Hathaway Inc Cl B (BRK/B) | | None | K | T | | | | | |
| 37. Cognex Corp (CGNX) | A | Dividend | K | T | Buy<br>(add'l) | 06/26/20 | J | | |
| 38. Ecolab Inc (ECL) | A | Dividend | J | T | | | | | |
| 39. Facebook Inc Cl A (FB) | | None | J | T | Buy<br>(add'l) | 04/13/20 | J | | |
| 40. Gilead Sciences Inc (GILD) | A | Dividend | J | T | | | | | |
| 41. Illumina Inc (ILMN) | | None | J | T | | | | | |
| 42. Interactive Brokers Group Inc (IBKR) | A | Dividend | J | T | | | | | |
| 43. Kinder Morgan Inc Del (KMI) | A | Dividend | J | T | | | | | |
| 44. Match Group Inc (MTCH) | | None | K | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 45. Netflix Com Inc (NFLX) | | None | M | T | Buy<br>(add'l) | 05/29/20 | J | | |
| 46. | | | | | Buy<br>(add'l) | 07/24/20 | J | | |
| 47. Nucor Corp (NUE) | A | Dividend | | | Sold | 05/07/20 | J | | |
| 48. Shopify Inc Cl A (SHOP) | | None | L | T | Buy<br>(add'l) | 04/03/20 | J | | |
| 49. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 50. SVB Finl Group (SIVB) | | None | J | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 51. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Walt Disney Co (DIS) | A | Dividend | K | T | Buy (add'l) | 08/28/20 | J | | |
| 53. Watsco Inc Cl A (WSO) | A | Dividend | J | T | | | | | |
| 54. Zoom Video Communications (ZM) | | None | J | T | Buy | 04/17/20 | J | | |
| 55. | | | | | Buy (add'l) | 05/20/20 | J | | |
| 56. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 57. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 58. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 59. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 60. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 61. | | | | | Buy (add'l) | 11/13/20 | J | | |
| 62. ACCOUNT #7 (H) | | | | | | | | | |
| 63. FirstChoice Growth (X) | C | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Andrew G. Schopler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544